## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 27531 |
| Frank J Plowden, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on June 4, 2020, at 1:30 p.m. I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 12, 2020.

/s/ *Alexander Nohr*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-27531<br>Northern District of Illinois<br>Eastern Division<br>Tue May 12 16:00:47 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ARS ACCOUNT RESOLUTION<br>PO BOX 459079<br>Fort Lauderdale, FL 33345-9079 |
| CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA, CA 92821-6733 | (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 | City of Chicago<br>205 W Randolph # 1100<br>c/o Goldman and Grant<br>Chicago, IL 60606-1813 |
| City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Daniel Landlord<br>6646 s Greenwood<br>Chicago, IL 60637-5255 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>c/o Linda Dold<br>Saint Cloud Minnesota 56302-7999 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | Harris & Harris LTD<br>111 West Jackson Boulevard Suite 400<br>Chicago, IL 60604-4135 | Hawthorne, Miya<br>106 S. 6th Street<br>Springfield Illinois 62701 |
| IL Secretary of State<br>2701 S. Dirksen Parkway<br>Springfield, IL 62723-0002 | ILDCFS<br>106 S Sixth<br>Springfield, IL 62701 | Malloy, Daniel<br>6646 S. Greenwood Ave.<br>Chicago Illinois 60637-5255 |
| Peoples Gas<br>200 E. Randolph<br>Chicago, IL 60601-6302 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | REGIONAL ACCEPTANCE CO<br>Po Box 1847<br>Wilson, NC 27894-1847 |
| RGS FINANCIAL<br>1700 JAY ELL DR STE 200<br>RICHARDSON Texas 75081-6788 | RGS FINANCIAL<br>PO Box 852039<br>Richardson, TX 75085-2039 | Rexford Automotives<br>14300 Pulaski Rd<br>Midlothian, IL 60445-2821 |
| Sullivan Urgent Aid Centers, Ltd<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Union Auto<br>8700 S. CHICAGO AV<br>CHICAGO, IL 60617-2343 |
| Village of Crestwood<br>Municipal Collections of America, Inc<br>3348 Ridge Road<br>Lansing, Il 60438-3112 | Village of Crestwood<br>PO Box 6131<br>Carol Stream, IL 60197-6131 | Alexander P Nohr<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |

Elizabeth Placek
The Semrad Law Firm, LLC
20 S. Clark
28th Floor
Chicago, IL 60603-1811

Frank J Plowden
6646 S Greenwood Ave Apt 2s
Chicago, IL 60637-5256

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Matthew W Wagar
The Semrad Law Firm LLC
20 S Clark Street
Chicago, IL 60603-1802

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CREDITORS DISCOUNT & A
415 E MAIN ST
STREATOR, IL 61364

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 27531 |
| Frank J Plowden, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Frank J Plowden, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On September 27, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On December 12, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $460.00 monthly for 60 months.

5. That during February of 2020, Debtor sustained a left foot injury, specifically plantar fasciitis, and was off work from the dates of February 17, 2020 to March 4, 2020. Please see Exhibit A, for Debtor's medical documentation.

6. That in addition, on April 1, 2020, Debtor's primary physician issued a note to Debtor's employer allowing Debtor to self-isolate at home throughout the duration of the Chicago "Shelter in Place" Order to Debtor's pre-existing respiratory condition. Please see Exhibit B, a note to Debtor's employer from his primary physician.

7. That Debtor is employed as a mill operator with Maruichi Leavitt Pipe & Tube, LLC. Due to the Covid-19 pandemic and Debtor a higher at-risk individual, Debtor has been either off of work or working extremely limited hours. Please see Exhibit C for Debtor's recent pay advices showing a material reduction of income.

8. That on March 27, 2020, the Coronavirus Aid, Relief and Economic Security Act H.R. 748 (CARES ACT) was signed into law.

9. Under the CARES ACT, Section 1113(b) Debtors affected by the Covid-19 pandemic may petition the Court for plan modification, including, but not limited to extending the plan up to seven years from the date of confirmation.

10. That Debtor has paid over $1,670.00 into his Chapter 13 plan.

11. That Debtor expected to return to work during the month of June 2020.

12. Debtor is in a position to make regular and ongoing trustee payments, if the payments are lowered to $370.00 per month.

13. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

14. Debtor further requests this Honorable Court to decrease the current Chapter 13 plan payment to $370.00 per month to ensure feasibility.

15. Debtor further requests this Honorable Court to extend the Debtor's Chapter 13 plan term to 84 months.

16. Debtor is in a position to proceed with the instant case.

17. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. That this Honorable Court enter an Order decreasing the current Chapter 13 plan payment to $370.00 per month; and

C. That this Honorable Court enter an Order extending the Debtor's Chapter 13 plan term to 84 months; and

D. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Alexander Nohr*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625